*I, CATHY S. LUSK, Clerk of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Gerald K. Johnson, Plaintiff in the trial court secured an extension of one hundred eleven (111) days in which to file Appellant's Brief in the following numbered and entitled cause:*

**Gerald K. Johnson**

**No. 12-12-00312-CV**        *vs.*

**Frederick M. Evans and Christine G. Evans**

*This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.*

*WITNESS MY HAND and seal of said Court at Tyler, Texas, this 10 day of July 2015, A.D.*



Respectfully yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk